JAN 1 0 2007
1380 A

**CT CORPORATION**
A WoltersKluwer Company

**Service of Process Transmittal**
01/04/2007
Log Number 511779518

**TO:** Rose Hoover, Corporate Secretary
Ampco-Pittsburgh Corporation
600 Grant Street, Suite 4600
Pittsburgh, PA, 15219

**RE:** **Process Served in Delaware**

**FOR:** Buffalo Pumps, Inc. (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Robert W Campbell (deceased), et al., Pltfs. vs. Buffalo Pumps, Inc., et al., Dfts. |
| **DOCUMENT(S) SERVED:** | Summons, Jury Demand, Complaint |
| **COURT/AGENCY:** | Rhode Island Superior Court, RI<br>Case # PC06-6569 |
| **NATURE OF ACTION:** | Asbestos Litigation - Fatal Injury/Wrongful Death |
| **ON WHOM PROCESS WAS SERVED:** | The Corporation Trust Company, Wilmington, DE |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 01/04/2007 postmarked on 12/29/2006 |
| **APPEARANCE OR ANSWER DUE:** | Within 20 days exclusive of the date of service |
| **ATTORNEY(S) / SENDER(S):** | Robert J Sweeney<br>Early Ludwick & Sweeney<br>265 Church St<br>New Haven, CT, 06508<br>203-777-7799 |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via Fed Ex 2 Day, 790842556853<br>Email Notification, Rose Hoover RHOOVER@AMPCOPGH.COM |
| **SIGNED:** | The Corporation Trust Company |
| **PER:** | Scott LaScala |
| **ADDRESS:** | 1209 Orange Street<br>Wilmington, DE, 19801 |
| **TELEPHONE:** | 302-658-7581 |

RECEIVED
JAN 08 2007
AMPCO-PITTSBURGH CORP.
LEGAL DEPARTMENT

Page 1 of 1 / AS

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of the package only, not of its contents.