MIL-P-17840(SHIPS)
1 March 1954

# MILITARY SPECIFICATION

# PUMP, CENTRIFUGAL, CLOSE-COUPLED, NAVY STANDARD

## 1. SCOPE

1.1 This specification covers electric motor driven Navy standard close coupled, single stage, centrifugal pumps. It is the intention of this specification that pumps of a given capacity in gallons per minute and total dynamic head in feet and type of electrical voltage from all sources of supply be interchangeable as to mounting dimensions, size and location of piping connections, shaft extension, shaft sleeve, and flinger as outlined in this specification.

## 2. APPLICABLE DOCUMENTS

2.1 The following specifications, standards, drawings, and publications, of the issue in effect on date of invitation for bids, form a part of this specification:

SPECIFICATIONS

FEDERAL

GGG-P-781 - Pullers, Bushing, Bearing, Gear, Wheel Hub and Cylinder Sleeve, Installing and Removing.

MILITARY

MIL-S-854 - Steel, Corrosion Resisting: Plates, Sheets, Strips, and Structural Shapes.
MIL-B-892 - Bronze, Phosphor, Rolled or Drawn, Bars, Plates, Rods, Shapes, Sheets and Strips.
MIL-N-894 - Nickel-Copper Alloy, Wrought.
MIL-S-901 - Shockproof-Equipment, Class HI (High Input), Shipboard Application, Tests for.
MIL-D-963 - Drawings, Production (for Electrical and Mechanical Equipment for Naval Shipboard Use).
MIL-B-994 - Brass, Naval, Wrought.
MIL-C-2174 - Controllers and Master Switches, Direct-Current (Naval Shipboard Use).
MIL-C-2212 - Controllers and Master Switches, Alternating-Current (Naval Shipboard Use).
MIL-I-15024 - Identification Plates, Information Plates and Marking Information for Identification of Electrical, Electronic and Mechanical Equipment.
MIL-B-15071 - Book, Instruction, Preparation, Contents, and Approval.
MIL-R-15137 - Repair Parts for Electrical and Mechanical Equipment (Naval Shipboard Use).
MIL-B-15939 - Bronze, Aluminum, Wrought.
MIL-B-16261 - Bronze, Bearings: Castings.
MIL-P-16298 - Preservation, Packaging, Packing, and Marking of Electric Machines Having Rotating Parts (Includes Associated Repair Parts).
MIL-B-16541 - Bronze, Valve: Castings.
MIL-M-16576 - Metal, Gun: Castings.
MIL-P-16789 - Preservation, Packaging, Packing, and Marking of Pumps General and Associated Repair Parts.
MIL-M-17059 - Motors, Alternating Current, Fractional HP (Shipboard Use).
MIL-M-17060 - Motors, Alternating Current, Integral HP (Shipboard Use).
MIL-P-17303 - Packing Material, Plastic Metallic and Nonmetallic.

GPO—O—NAV—L-347

MILITARY (cont'd.)
MIL-M-17413 - Motors, Direct-Current Integral HP (Shipboard Use).
MIL-A-17472 - Asbestos Sheet Compressed (Packing Material).
MIL-N-17506 - Nickel-Copper-Aluminum Alloy, Wrought.
MIL-M-17556 - Motor, Direct-Current, Fractional HP (Shipboard Use).
MIL-C-17566 - Cloth, Billiard.
MIL-P-17639 - Pumps, Centrifugal, Miscellaneous Service, for Use on Naval Ships.
MIL-N-20184 - Nickel, Copper, Alloy, Castings.

NAVY DEPARTMENT
General Specifications for Inspection of Material.
General Specifications for Machinery:
S1-3 - Bolts, Bolt-Studs, Stud-Bolts, Studs, Screws and Nuts.
S1-4 - Welding and Allied Processes.
General Specifications for Building Vessels of the United States Navy.
Appendix 6 - Instructions for Painting.
46B15 - Bronze, Manganese, Wrought; Bars, Forgings, Plates, Rods, Shapes, Sheets and Strips.

STANDARDS

MILITARY
MIL-STD-105 - Sampling Procedures and Tables for Inspection by Attributes.

DRAWINGS

BUREAU OF SHIPS
B-104 - Flanged Composition Pipe Fittings, 100 P.S.I. and Below 425° F.
B-176 - Composition Silver Brazing Flanges for Copper and Copper-Nickel Alloy Tubing and Brazed Pipes.
B-214 - Root Connections for Attaching Piping.
5000-S4800-3000 - Piping Schedule, Pipe Fittings, Valves, and Types of Joints Used in Piping Systems.

PUBLICATIONS

BUREAU OF SHIPS
NAVSHIPS 250-357-1 - Conditions Governing Tests in Naval Laboratories.

(Copies of specifications, standards, drawings, and publications required by contractors in connection with specific procurement functions should be obtained from the procuring agency or as directed by the contracting officer.)

2.2 Other publications. - The following document forms a part of this specification. Unless otherwise indicated the issue in effect on date of invitation for bids shall apply.

NATIONAL BUREAU OF STANDARDS PUBLICATION
Handbook H-28 - Screw Thread Standards for Federal Services.

(Copies of Handbook H-28 may be obtained upon application, accompanied by money order, coupon, or cash, to the Superintendent of Documents, Government Printing Office, Washington 25, D.C.)

3. REQUIREMENTS

3.1 Qualifications. - The pumping equipment furnished under this specification shall be a product which has been tested and has passed the qualification tests specified herein (see 6.2).

3.2 Materials.-

3.2.1 Materials of construction of the pump parts, unless otherwise specified herein, shall conform to the minimum requirements of table I.

3.2.2 Where no specifications are specified herein for the material for certain parts, the material used shall be of a type and quality consistent with that specified for associated parts in the pump. The use or substitution of manufacturer's material shall be subject to approval by the bureau or agency concerned and shall be clearly indicated in the list submitted with the master drawings.

Table I - List of material.

| Name of part | Material | Material specification |
|---|---|---|
| Casings | Gun metal, or<br>Valve bronze | MIL-M-16576<br>MIL-B-16541 |
| Impeller | Gun metal | MIL-M-16576 |
| Impeller key | Nickel-copper alloy | MIL-S-854 |
| Shaft sleeve | Nickel-copper-aluminum alloy<br>Minimum hardness 265 Brinell | MIL-N-17506 |
| Flinger | Gun metal or<br>Valve bronze | MIL-M-16576<br>MIL-B-16541 |
| Wearing rings (see 3.12) | Bearing bronze, grade II, or grade III, or<br>Nickel-copper alloy, or<br>Valve bronze | MIL-B-16261<br>MIL-N-894, or MIL-N-20164<br>MIL-B-16541 |
| Impeller nut | Gun metal, or<br>Nickel copper alloy, or<br>Phosphor bronze | MIL-M-16576<br>MIL-N-894<br>MIL-B-892 |
| Glands | Gun metal, or<br>Valve bronze | MIL-M-16576<br>MIL-B-16541 |
| Lantern ring | Valve bronze | MIL-B-16541 |
| Throat bushing | Bearing bronze, or<br>Valve bronze | MIL-B-16261<br>MIL-B-16541 |
| Mounting bracket | Gun metal, or<br>Valve bronze | MIL-M-16576<br>MIL-B-16541 |
| Studs, bolts, and nuts | Nickel-copper alloy, or<br>Naval brass, or<br>Manganese bronze | MIL-N-894<br>MIL-B-994<br>46B15 |
| Stuffing box packing | Plastic metallic, lead base | MIL-P-17303 symbol 1433 |
| Surface packing | Asbestos, sheet, compressed | MIL-A-17472 symbol 2150 |

3.3 General design. -

3.3.1 The principle of reliability is paramount and no compromise to this principle shall be made with any basic requirements of the design. It is the intention of this specification to obtain close coupled centrifugal pumps that will operate for long periods of time with a minimum of servicing. Where wear or erosion is unavoidable, the parts subjected to such wear or erosion shall be of the best materials available for the purpose in order to reduce these detrimental effects to a minimum. The design and construction of all pumps shall be compact as set forth in figure 1 consistent with following requirements:

(a) Reliability
(b) Accessibility for repair
(c) Resistance to wear or corrosion
(d) Economy
(e) Satisfactory operation when inclined as follows:
  (1) Up to 5 degrees from the normal horizontal position in the fore and aft plane (permanently inclined).
  (2) Up to 15 degrees to either side (permanently inclined).
  (3) With the vessel rolling up to 45 degrees from the vertical to either side.
  (4) With the vessel pitching 10 degrees up and down from the normal horizontal plane.

3.3.2 The design of the pump units shall be sufficiently rigid to permit handling, shipment and installation of the units onboard ship without disturbing alignment; and such that the normal distortion, weaving or vibration of the supporting structures onboard ships cannot cause fracture or appreciable distortion.

3.3.3 Special attention shall be given the design to insure that leakage from the pump stuffing box glands cannot enter motor frames or bearing brackets.

3.3.4 Sufficient clearance shall be provided around bolt heads and nuts to permit the use of ordinary tools.

3.4 Installation. - All pumps will be normally installed to operate in horizontal position; however, all pumps shall be capable of operation in a vertical position with the motor above the pump.

3.5 Mounting. -

3.5.1 Dimensions. - All pumps shall have mounting dimensions and location of piping connections as shown on figure 1.

3.5.2 Brackets. - Mounting bracket shall contain a drip pocket for the collection of leakage from the stuffing box. Size of the tapped holes shall be as shown on figure 1.

3.6 Size of radial and thrust ball bearings. - The size of the radial and thrust ball bearings for each size motor frame shall be as specified in tables IX and X of figures 2 and 3. Hydraulic unbalance due to use of single inlet impellers without balancing rings, shall not exceed the values specified for bearings in table II, when computed according to the following formula:

$$T = P (A_1 - A_0) + .05 P (A_2 - A_1)$$

When:

- T = Maximum unbalanced thrust in pounds.
- P = Pressures in pounds per square inch (gage) at shut-off.
- $A_2$ = Area of impeller at radius $R_2$ in square inches.
- $A_1$ = Area of impeller to outside of impeller wearing ring, radius $R_1$ in square inches.
- $A_0$ = Area in square inches to outside of shaft sleeve, radius $R_0$ (see figure 4).

Table II - Permissible thrust loads.

| Navy Department bearing No. | Revolutions per minute | | | |
|---|---|---|---|---|
| | 1150 | 1750 | 2800 | 3500 |
| 305 - Z | --- | 215 | --- | 180 |
| 306 - Z | --- | 280 | --- | 215 |
| 307 - Z | --- | 235 | --- | 255 |
| 308 - Z | --- | 400 | --- | 300 |
| 309 - Z | 560 | 470 | 375 | 350 |
| 310 - Z | 600 | 500 | 400 | 360 |
| 312 - Z | 700 | 580 | 470 | 425 |
| 313 - Z | 800 | 670 | 530 | 495 |

3.7 Piping and valves. - All valves, flanges and fittings for pipe connections shall conform to Drawing 5000-S4800-3000.

3.8 Alternating current and direct current motors. -

3.8.1 The standardized frame numbers for the various ratings of close-coupled pump motors shall be as specified in tables III and IV. Frame flange and shaft extension dimensions shall be as shown on figures 2 and 3 as applicable.

MIL-P-17840 (SHIPS)

# TABLE III

## AC MOTORS

50°C AMBIENT, CLASS B INSULATION (OR CLASS H INSULATION, CLASS B TEMPERATURE LIMITS) WHERE ADVANTAGEOUS.

| FRAME NO. | CONSTANT SPEED | | | | | | MULTISPEED VARIABLE TORQUE | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 3500 RPM | | 1750 RPM | | 1150 RPM | | 1750/875 RPM | | 1150/575 RPM | | |
| | HP | ENCL | HP | ENCL | HP | ENCL | HP | ENCL | HP | ENCL | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| 17 NC | | | 1/3 | SPT | | | | | | | |
| 18NC | 1/2, 3/4 | SPT | 1/2 | SPT | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| 203NC | | | 3/4, 1 | SPT | | | | | | | |
| 204NC | 1 | SPT | | | | | | | | | |
| 224NC | 1 1/2, 2, 3 | SPT | 2 | SPT | | | | | | | |
| 225NC | 5 | SPT | 3 | SPT | | | | | | | |
| 254NC | 7 1/2 | SPT | 5 | SPT | | | | | | | |
| 284NC | | | 7 1/2 | SPT | 5 | SPT | | | | | |
| 324NC | 10 | TE | | | 7 1/2 | TE | 7.5/1.9 | TE | | | |
| 326NC | 15 | TE | 10 | TE | | | 10/2.5 | TE | 7.5/1.9 | TE | |
| 364NC | | | 15 | TE | 10 | TE | 15/3.7 | TE | 10/2.5 | TE | |
| 366NC | 20 | TE | 20 | TE | 15 | TE | 20/5 | TE | 15/3.7 | TE | |
| 404NC | 25,30 | TE | 25 | TE | 20 | TE | 25/6.2 | TE | | | |
| 405NC | 40 | TE | | | 25 | TE | | | | | |
| 444NC | | | | | | | | | | | |
| 445NC | | | | | | | | | | | |
| 504NC | | | | | | | | | | | |
| 505NC | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| 404NCI | | | | | | | | | 20/5 | TE | |
| 405NCI | | | | | | | | | 25/6.2 | TE | |
| 444NCI | | | | | | | | | | | |
| 445NCI | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

TE - TOTALLY ENCLOSED, SPT - SPRAYTIGHT, TE & SPT MOTORS MAY BE FAN COOLED

# TABLE IV
## DC MOTORS

MIL-P-17840(SHIPS)

50°C AMBIENT, CLASS B INSULATION WHERE ADVANTAGEOUS

| FRAME NO. | CONSTANT SPEED 3500 RPM HP ENCL | CONSTANT SPEED 2800 RPM HP ENCL | CONSTANT SPEED 1750 RPM HP ENCL | CONSTANT SPEED 1150 RPM HP ENCL | -15% ADJ SPEED 3500/2975 RPM HP ENCL | -15% ADJ SPEED 1750/1488 RPM HP ENCL | -50% ADJ SPEED 1750/875 RPM HP ENCL | -50% ADJ SPEED 1150/575 RPM HP ENCL |
|---|---|---|---|---|---|---|---|---|
| 17 NC | 1/3 ▲ | | 1/3 SPT | | | | | |
| 18 NC | 1/2, 3/4 SPT | | 1/2 SPT | | | | | |
| 203 NC | | | 3/4 SPT | | | | | |
| 204 NC | 1 SPT | | 1 SPT | | 1/.73 SPT | | | |
| 224 NC | 1½, 2, 3 SPT | | 2 SPT | | | | | |
| 225 NC | 5 SPT | | 3 SPT | | 3/2.2 SPT | | | |
| 254 NC | 7½ SPT | | 5 SPT | | | | | |
| 284 NC | | | 7½ SPT | 5 SPT | | | | |
| 324 NC | | | | | | 7.5/5.5 SPT | | |
| 326 NC | | 10 TE | 10 TE | 7½ TE | | | | |
| 364 NC | | 15,20 TE | 15 TE | 10 TE | | | 7.5/1.9 TE | |
| 365 NC | | | 20 TE | 15 TE | | | 10/2.5 TE | |
| 404 NC | | 25 TE | | | | | | 7.5/1.9 TE |
| 405 NC | | | | | | | 15/3.7 TE | 10/2.5 TE |
| 444 NC | | | 25 TE | 20 TE | | | 20/5 TE | |
| 445 NC | | | | 25 TE | | | 25/6.2 TE | 15/3.7 TE |
| 504 NCI | | | | | | | | 20/5 25/6.2 TE |
| 505 NCI | | | | | | | | |

TE-TOTALLY ENCLOSED, SPT-SPRAYTIGHT, TE & SPT MOTORS MAY BE FAN COOLED

3.8.2 Anti-friction bearings shall be radial type, single row, single shielded, Conrad type assembly or single row ball, double row width double seal, prelubricated. The sizes used for the various frames shall conform to the requirements of tables IX and X of figures 2 and 3.

3.8.3 Shafts shall be of nickel-copper alloy in accordance with Specification MIL-N-894.

3.8.4 Alternating current motors. -

3.8.4.1 Alternating current motors shall be in accordance with Specification MIL-M-17059 or MIL-M-17060, except as otherwise specified herein, and shall conform to the following classification requirements:

| | |
|---|---|
| Service | Navy A. |
| Ambient temperature | 50°C. |
| Duty | Continuous. |
| Classification | Squirrel cage induction. |
| Sub-classification | Design B. Multi-speed motors shall be variable torque. |
| Bearings | Ball (see tables IX and X of figures 2 and 3). |
| Insulation | Class A, B, or H. |
| Number of phases | Three. |
| Frequency | 60 cycles. |
| Voltage | 440 volts. |

3.8.4.2 Sizes, degree of enclosure and speed characteristics shall be in accordance with table III and, when a choice exists, will be specified (see 6.1).

3.8.5 Direct current motors. -

3.8.5.1 Direct current motors shall be in accordance with Specification MIL-M-17413 or MIL-M-17556, except as otherwise specified herein, and shall conform to the following classification requirements:

| | |
|---|---|
| Service | Navy A. |
| Ambient temperature | 50°C. |
| Duty | Continuous. |
| Voltage | 115 or 230 volts as specified in contract or order. |
| Winding | Shunt. |
| Bearings | Ball (see tables IX and X of figures 2 and 3). |
| Insulation | Class A or B |

3.8.5.2 Sizes, degree of enclosure and speed characteristics shall be in accordance with table IV and, when a choice exists, will be specified (see 6.1).

3.8.5.3 Adjustable speed motors. - Minus 15 percent and minus 50 percent adjustable speed motors shall be adjustable from 15 percent and 50 percent less than rated speed respectively to rated speed by field control. Full rated power output shall be obtained at rated (high) speed.

3.8.5.4 Speed tolerance. - The full load speed of direct current constant speed motors at operating temperature shall be not less than 98 percent nor more than 103 percent of the specified speed for integral horsepower motors, and not less than 97 percent nor more than 108 percent of the specified speed for fractional horsepower motors.

3.9 Controllers. - All motor controllers shall be of the characteristics specified (see 6.1) and shall conform to Specification MIL-C-2174 for direct current controllers or Specification MIL-C-2212 for alternating current controllers.

3.10 Shockproofness.-

3.10.1 The design of all complete pumping units shall be such that they are capable of passing the class HI (high-impact) shock test specified in Specification MIL-S-901.

3.10.2 Shockmounts shall not be used unless bureau or agency approval of the mount and its proposed application is given.

3.10.3 The determination of stresses resulting from the shock tests is accomplished by the application of the usual methods of analytical mechanics. The allowable stress in components due to shock shall be the yield strength (0.2 percent offset) of the material. Normal stresses in parts, such as the tensile stress in a bolt due to initial pull-up, shall not be added to the shock stresses. It is of paramount importance that the maximum accelerations possible under the shock tests be utilized in the design of holding down bolts, supporting feet or lugs, and main structural members of the equipment, and that no failure or permanent deformation occurs as a result of shock.

3.11 Casings.-

3.11.1 The design of casings shall be sufficiently rugged to withstand without fracture or appreciable distortion the strains to which they may be subjected.

3.11.2 Casings shall be so designed as to permit the inspection and replacement of wearing parts. Suction covers shall be removable to permit removal of the impeller and other wearing parts for pump without dismounting the unit.

3.11.3 All pump casings for a specific pump number and manufacture shall be completely interchangeable regardless of pump capacity.

3.11.4 All casings shall have flanged suction and discharge connections. All flanges shall be in accordance with Drawing B-176.

3.11.5 All pumps shall have casings arranged so that the discharge can be located in any of the three positions shown on figure 1.

3.11.6 All casings shall be provided with the necessary tapped vent, drain, priming, and gauge connections for the three positions of discharge. Bosses for gage connections shall be of sufficient size for conversion to flanged connections in accordance with Drawing B-214.

3.11.7 All casings shall be provided with vent cocks in the proper location for the position of discharge.

3.11.8 All casings shall be arranged with stuffing boxes of the dimension indicated for the outside diameter of the stuffing box packing rings as shown on figure 5.

3.11.9 Hydrostatic pressure.- Casings shall be designed to withstand the applicable hydrostatic pressure specified on figure 1 (see 4.1.1).

3.12 Impellers and wearing rings.-

3.12.1 All impellers shall be of the single inlet enclosed type. Outside surfaces of impellers shall be smooth finished. Inside surfaces shall be file finished insofar as practical. All impellers shall be dynamically balanced.

3.12.2 Impeller wearing rings may be omitted on pumps 1 through 6 inclusive and also pumps 14 and 15 (see table V).

3.12.3 A wearing ring and its opposing surface shall be of dissimilar material.

3.12.4 Impeller nuts shall be of the self-locking acorn type.

3.12.5 The impeller shall have the approximate maximum diameter for each pump as specified in table V.

Table V - Approximate maximum impeller diameter.

| Pump number | Approximate maximum impeller diameter | Pump number | Approximate maximum impeller diameter |
|---|---|---|---|
| | Inches | | Inches |
| 1 | 5 | 10 | 7-1/2 |
| 2 | 6-3/4 | 11 | 9 |
| 3 | 5 | 12 | 9-3/4 |
| 4 | 6-1/4 | 13 | 10-1/2 |
| 5 | 5-1/8 | 14 | 8 |
| 6 | 7 | 15 | 5-1/4 |
| 7 | 10 | 16 | 9 |
| 8 | 9-1/4 | 17 | 10-1/2 |
| 9 | 9-1/4 | | |

3.13 Shaft sleeves. - Shaft sleeves shall be in accordance with figure 5.

3.14 Flingers. - Flingers shall be in accordance with figure 6.

3.15 Stuffing boxes. -

3.15.1 Stuffing boxes shall be of adequate depth of design to reduce leakage to a minimum under all operating conditions.

3.15.2 All casings shall be fitted with throat bushings and lantern rings. Special care shall be taken in the design to insure that compression of the inner packing will not allow the lantern ring to move sufficiently to cut off or restrict the sealing water supply.

3.15.3 Sealing liquid connections and lines to the lantern ring from pump casings shall be provided. Lantern rings shall be solid or split in halves with the halves secured together in a manner to form solid rings for setting up.

3.15.4 Stuffing box gland shall be split to facilitate packing the stuffing box. Gland halves shall be secured in a manner approved by the bureau or agency concerned. Glands shall be set-up by nuts threaded on studs or swing bolts screwed in the casing.

3.16 Threaded parts. - All threaded parts such as bolts, studs and nuts shall conform to Section S1-3 of the General Specifications for Machinery and Handbook H-28.

3.17 Welding shall be in accordance with Section S1-4 of General Specifications for Machinery.

3.18 Identification plates.-

3.18.1 Identification plates shall be furnished on each pump and shall be type A or B in accordance with Specification MIL-I-15024, except that identification plates of plastic or aluminum are not acceptable.

3.18.2 Identification plates shall be secured to equipment with corrosion resistant metallic screws.

3.18.3 Pump identification plates shall contain data as follows:

(a) Manufacturer's name.
(b) Manufacturer's model or type and size.
(c) Service application.
(d) Manufacturer's serial number.
(e) Salient design characteristics:
   (1) Capacity in gallons per minute.
   (2) Total head in pounds per square inch.
   (3) Speed of shaft in revolutions per minute.
   (4) Brake horsepower.
   (5) Test pressure.
   (6) Special data vital to the unit:
      (a) Suction pressure.
      (b) Submergence.
      (c) Impeller diameter.
      (d) Contract number (and item number for multiple unit orders).
      (e) Bureau of Ships stock number.
      (f) Section for inspector's stamp.
      (g) Navy standard pump number.

3.18.4 Each driving unit and each accessory unit shall have an identification plate in accordance with the applicable equipment specification.

3.19 Painting.- Painting shall be in accordance with Appendix 6 of General Specifications for Building Vessels of the United States Navy.

3.20 Pumps for a specific application shall be selected and specified from rating chart figure 7 for alternating current motors, or figure 8 for direct current motors. Bidders shall quote on the standardized pump size and with the horsepower and speed motor as indicated on rating chart for the application.

3.21 Pumps for all services shall have constantly rising head-capacity curves from maximum or wide open capacity to zero or shut-off capacity. Pumps for ship's fresh water service rated at 70 g.p.m. and above shall have a constantly rising head-capacity curve from rated point to shut-off such that at one-third of rated capacity the head shall not be less than 10 pounds per square inch above rated head. At 3 pounds per square inch below rated head and 20 feet dynamic suction lift, operation shall be stable and within the breaking-off point on the head-capacity curve. Ship's fresh water pumps below 70 g.p.m. rated capacity shall have a shut-off head not less than 10 pounds per square inch above rated head and shall operate satisfactorily over a range of 8 pounds per square inch above to 5 pounds per square inch below rated head.

3.22 All pumps shall be designed for satisfactory operation at a minimum dynamic suction lift of 15 feet of water at 85°F.

3.23 All pumps units shall have nonoverloading horsepower characteristics.

3.24 Rotation.- All pumps shall be right hand rotation (clockwise when viewed from motor end of unit) only.

3.25 Casing wearing rings shall be fitted in all pumps.

3.26 Pump casing joints shall be made up using compressed asbestos sheet gaskets.

3.27 Drawings. -

3.27.1 Drawings shall be in accordance with type I of Specification MIL-D-963.

3.27.2 Outline drawings shall be furnished covering complete pump units including pump, driver and accessories. Separate outline drawings shall be furnished for each contract or order and for each different pump unit on a contract or order.

3.27.3 Pump master drawings shall include sectional assembly, complete list of material and details of all parts. The sectional assembly and list of material with references to detail drawings shall be on a single sheet; and details shall be on one or more additional sheets. Several details should be shown on each pump master drawing. The width of drawings shall be 28 inches.

3.27.4 Subassemblies furnished as repair parts in lieu of or in addition to individual repair parts shall be recorded on the related outline drawings by reference notes or as additional items on the "List of Material" of the sectional assembly drawing.

3.27.5 All pump outline and master drawings shall include in the title block the designation "Navy standard close-coupled pump number" followed by the applicable pump number.

3.27.6 Final approved sectional assembly drawings shall include characteristic curves for each impeller used covering various impeller diameters from the smallest to the largest applicable.

3.27.7 Drawings for drivers and associated equipment shall be in accordance with the applicable specifications.

3.27.8 The sectional assembly drawing shall show all assembly clearances.

3.27.9 Drawings submitted with bids are not required to be in master drawing format.

3.28 Instruction books. - Instruction books shall be in accordance with type C of Specification MIL-B-15071, unless otherwise specified in the contract or order. A separate instruction book shall be furnished for each different pump unit except in special cases when books covering more than one pump may be approved by the bureau or agency concerned. Preliminary instruction books submitted for approval shall include all proposed sections complete.

3.29 Repair parts. -

3.29.1 Onboard. - Onboard repair parts shall consist of pump, motor, and controller parts and tools as required by the applicable equipment specifications. A rotor or armature shall be included in each set of onboard repair parts.

3.29.1.1 Pump repair parts and tools. -

3.29.1.1.1 The number of sets of pump repair parts and tools to be furnished shall be as specified (see 6.1). The following parts shall constitute one set:

1 - Impeller
1 - Impeller nut or impeller locking assembly
1 - Shaft sleeve
1 - Lantern ring
1 - Throat bushing
1 set - Stuffing box packing
1 - Flinger

1 set - Casing wearing rings - undersize (0.015 inch min.)
1 set - Impeller wearing rings - regular
1 set - Impeller wearing rings - oversize (0.015 inch min.)
1 set - Mounting screws for each ring furnished:
1 - Impeller puller
1 - Sleeve puller

3.29.1.1.2 The number of repair parts and tool sets per vessel shall be established on the following basis:

| Number of similar pumps per vessel | Number of pump spares and tool sets per vessel |
|---|---|
| 1 to 3 | 1 |
| 4 to 6 | 2 |
| 7 to 10 | 3 |

Note. - Similar pumps are those for which all onboard pump parts are interchangeable.

3.29.1.2 Motor and controller repair parts shall be furnished in accordance with the applicable equipment specifications.

3.29.1.3 Tools which are available in the catalog of Naval Material, General Stores Section, such as common wrenches and standard pullers, will not be required. Standard complete or limited sets of pullers or parts of puller sets in accordance with Specification GGG-P-781 shall be identified as to type and use in notes on the outline or section assembly drawings. Special tools shall be detailed and included in the list of material. The water flingers may be used with pullers for removal of the shaft sleeves.

3.29.1.4 Each box containing onboard repair parts shall contain a list entitled "List of onboard repair parts and tools". The list shall be in a format for use on outline drawings and in the instruction books. It shall not be less than nominal 8-1/2 by 11 inches in size.

3.29.1.4.1 The format of the list shall include a heading and columns of data for the items listed. The heading shall include titles and applicable entries as follows:

Reproduced from drawing number ____________
Number of ships ____________
Application ____________
Contract number ____________
Manufacturer ____________
Quantities are for ____________ units per ship
The columns shall include:
Piece number ____________
Name of part ____________
Quantity ____________
Drawing number ____________
Standard Navy stock number ____________
Additional columns may be used as applicable

3.29.1.4.2 The list shall be so treated as to be resistant to oil, water and fading.

3.29.2. Stock. - The selection, stock numbering and quantities of repair parts for stock shall be determined and processed in accordance with Specification MIL-R-15137.

3.29.2.1 The cognizant supply demand control point for repair parts for stock is Ships Parts Control Center, Mechanicsburg, Pennsylvania, unless otherwise specified in the contract or order.

3.30 Workmanship. - The equipment, including all parts and accessories, shall be manufactured and finished with first class workmanship in all respects.

4. QUALITY ASSURANCE PROVISIONS

4.1 Shop tests. -

4.1.1 All pump casings shall be tested hydrostatically at the pressure indicated for the pump shown on figure 1.

4.1.2 Each pump shall be tested in the shop of the manufacturer or contractor by a continuous non-stop run of at least 30 minutes. This test shall be conducted in the presence of the Government inspector, who shall check operation and smoothness of running at full load and full speed.

4.2 Performance acceptance tests. -

4.2.1 One pump of each size on contract or order, as selected by the Government inspector shall be given performance acceptance tests.

4.2.2 The unit shall be given a test to determine the overall power consumption under the specified or guaranteed conditions. This test may be conducted in the shop of the main contractor or subcontractor as arranged with the bureau or agency concerned. The bureau or agency concerned may consider the waiver of overall power consumption tests on pumps where identical units with identical guarantees have been previously tested.

4.2.3 Performance acceptance tests shall adequately demonstrate the ability of the pump to handle its rated capacity of specified liquid at the maximum temperature and minimum suction head or maximum suction lift or vacuum.

4.2.4 Sufficient data shall be taken during the tests to prepare pump characteristic curves as required herein. In all cases the test data shall be corrected to the specified operating conditions as to voltage, frequency, temperature, specific gravity, suction head or lift, and vacuum, as specified (see 6.1), such conditions shall be clearly shown on the data sheets. The data sheets shall state the actual finished diameter of the pump impellers installed on test. Test data and curves shall be complete over the entire range of capacities from shut-off to as near free delivery as possible.

4.2.5 The following test curves shall be supplied for the rated speed conditions of the motor.

(a) Capacity versus total head.
(b) Capacity versus pump efficiency.
(c) Capacity versus brake horsepower.
(d) Capacity versus electrical horsepower input.

4.2.6 Complete test reports including test data on both pump and driving units shall be assembled and distributed as follows:

(a) Three to the Bureau of Ships (to be forwarded via the cognizant inspector).
(b) One for primary district inspection office.
(c) One for branch inspection office (if any).
(d) Two to each Supervisor of Shipbuilding (one for Supervisor's files, the other for the shipbuilder) when specified in contract or order.
(e) One to each vessel concerned (to be forwarded via the Supervisor of Shipbuilding or Commandant of the building yard) when specified in contract or order.
(f) One to the Commandant for each building yard concerned, for Navy yard built vessels when specified in the contract or order.

4.2.7 The first pump of each size shall also be given extensive tests using dynamometer or calibrated motor to produce the following curves:

(a) Gallons per minute versus total dynamic head at constant rated r.p.m. for various impeller diameters with superimposed constant efficiency and constant brake horsepower curves at 1.00 specific gravity.
(b) Determination of the maximum suction lift in feet versus gallons per minute for each impeller diameter tested.

4.2.7.1 Two sets of data and curves based on the additional tests, including description of the test set-up, shall be forwarded directly to the bureau or agency concerned via the Government inspector and shall not be included as a part of the regular performance acceptance tests.

4.2.8 One complete pumping unit of each type, design and size shall be subject to the high impact shock test specified in Specification MIL-S-901.

4.2.9 Equipment previously accepted will not be resubmitted for shock test except when evidence of low shock resistance develops in the units installed. The bureau or agency concerned will initiate action with the manufacturer for correction of deficiencies, and may require shock tests at any time.

4.2.10 All pump units shall be shock tested with drivers unless otherwise approved by the bureau or agency concerned. Prime movers are subject to shock tests in accordance with the applicable equipment specifications.

4.2.11 One pump of each manufacturer's type and each nominal size shall be subjected to shock tests. Compliance with shock resistance requirements may be covered by test of a similar unit subject to approval by the bureau or agency concerned.

4.2.12 The pump unit shall be considered to have failed to pass the shock tests in the event of any of the following:

(a) Breakage of any parts, including mounting bolts.
(b) Appreciable distortion or dislocation of any part, such as shaft, mounting feet, bearings.
(c) A mechanical unbalance of more than two times the amplitude of unbalance measured prior to tests at rated speed, or more than that permitted by the specifications for the driver.

4.2.13 Shock tests shall be conducted at the manufacturer's plant. Where a manufacturer is unable to conduct these tests at his own plant, he may arrange to have them conducted at a commercial laboratory, or Government laboratory equipped to conduct tests. Where shock tests are conducted at a Government laboratory, copies of the applicable master drawings shall accompany the units.

4.2.14 Pump units which have been subjected to the high-impact shock test and have failed to conform to the requirements will not be acceptable.

4.2.15 Pump units which have been subjected to the high-impact shock test and have successfully passed this test shall be considered acceptable for such service as the bureau or agency concerned may authorize. Such equipment will be returned by the Government to the contractor for reconditioning as follows:

(a) Minor deformations of mounting flanges shall be corrected.
(b) Minor deformations affecting alignment shall be corrected.
(c) All bearings shall be replaced.
(d) Each part shall be carefully examined by the contractor and any part which he considers substandard shall be replaced. Minor deformations shall be defined as those which do not cause unqualified rejection of the design under high-impact shock test but which are in excess of the design dimensional tolerances specified on the applicable pump drawings.

4.3 Inspection of pump repair parts. - The pump repair parts specified in 3.29 shall be inspected to assure interchangeability with the similar parts in the assembled pumps. Ordinarily material analyses and physical test specimens will not be required but the Government inspector shall employ such procedures as will assure the delivery of parts made of the same materials and by the same processes as for the assembled pumps.

4.4 Qualification tests at a Government laboratory. - Qualification tests shall be conducted at the Engineering Experiment Station, Annapolis, Maryland. The head, capacity and other characteristics of units for qualification tests shall be as specified by the Bureau of Ships. Conditions governing tests shall be as specified in Publication NAVSHIPS 250-357-1.

4.4.1 The qualification tests shall adequately demonstrate the ability of the pump to handle the specified capacities at the maximum specified temperature of the liquid and the minimum suction head or maximum suction lift or vacuum. Sufficient data shall be taken during the tests to prepare pump characteristic curves as required herein. Test data and curves shall be complete over the entire range of capacities from shut-off to as near free delivery as possible. The following test curves shall be prepared:

(a) Capacity versus total head.
(b) Capacity versus pump efficiency.
(c) Capacity versus brake horsepower.

4.4.2 Endurance test. - The pump shall be operated for 24 hours continuous at a capacity as near free delivery as possible and for 12 hours at a capacity as near shut-off as possible. Failure of any part of the pump during the endurance test shall be considered as failure of the pump to qualify. The pump shall complete the endurance test without excessive noise, vibration or wear of parts.

4.4.3 Consideration will be given to granting qualification as a result of service tests. To be granted qualification as the result of service tests the following requirements shall be met:

(a) Two or more pumps of the general design and general operating characteristics shall have given satisfactory service onboard a Naval vessel for a period of at least two years and must still be in service on such vessel at the time qualification is requested.
(b) When the design of a pump in service for which a manufacturer requests qualification does not meet current Naval requirements as regards head and capacity characteristics, the manufacturer shall be required to furnish satisfactory evidence that he has produced pumps of a design, head and capacity characteristics equal to those currently required for Naval service. The bureau or agency concerned may require additional qualification tests of any design of pump, which, in its opinion, has been changed sufficiently to require further demonstration of its suitability.
(c) Any manufacturer whose product has been eligible to be placed on the Qualified Products List as a result of service test shall be required on his first contract or order after being granted qualification to submit a complete unit to the Engineering Experiment Station for a check test which will consist of the qualification tests. The awarding of qualification shall be contingent upon the unit passing the check test.

4.4.4 Qualification granted for class C-1 service of Specification MIL-P-17639 is acceptable for pumps covered by this specification.

4.5 Inspection procedures. - For Naval purchases, the general inspection procedures shall be in accordance with General Specifications for Inspection of Material.

5. PREPARATION FOR DELIVERY

5.1 Preservation, packaging, packing and marking.- Pumps, repair parts and tools shall be prepared for delivery for domestic shipment - immediate use; domestic shipment and long term storage; or for overseas shipment in accordance with Specification MIL-P-16789 (see 6.1).

5.2 Marking.- Nomenclature used in the marking of interior packages and shipping containers shall be the exact nomenclature of the part or item that has been approved under the contract or order.

6. NOTES

6.1 Ordering data.- Procurement documents should specify the following:

(a) Title, number, and date of this specification.
(b) Rated capacity.
(c) Rated total head.
(d) Horizontal or vertical installation (see 3.4).
(e) Liquid handled.
(f) Specific gravity of liquid handled.
(g) Liquid temperature.
(h) Suction head.
(i) Electrical characteristics (for motor drive) as required by applicable motor and controller specifications.
(j) Number of sets of repair parts and tools required.
(k) Whether shipment is for domestic shipment - immediate use; domestic shipment and storage; or for overseas shipment (see 5.1).
(l) If repair parts boxes are required, specify type (metal or wood) (see 5.1).
(m) That the following data is required with bids:
  (1) Sectional assembly drawing of pump.
  (2) A drawing of the unit showing overall dimensions.
  (3) Pump characteristic curves.
  (4) Pump efficiency at rated capacity.
  (5) Horsepower of driver.
  (6) Weight of complete unit.
  (7) The manufacturer and descriptive data of the driver and associated accessories, such as controller.

6.2 In the procurement of products requiring qualification, the right is reserved to reject bids on products that have not been subjected to the required tests and found satisfactory for inclusion on the Military Qualified Products List. The attention of suppliers is called to this requirement, and manufacturers are urged to arrange to have the products that they propose to offer to the Federal Government, tested for qualification in order that they may be eligible to be awarded contracts or orders for the products covered by this specification. Information pertaining to qualification of products covered by this specification may be obtained from the Chief of the Bureau of Ships, Navy Department, Washington 25, D.C.

Patent notice.- When Government drawings, specifications, or other data are used for any purpose other than in connection with a definitely related Government procurement operation, the United States Government thereby incurs no responsibility nor any obligation whatsoever; and the fact that the Government may have formulated, furnished, or in any way supplied the said drawings, specifications, or other data is not to be regarded by implication or otherwise as in any manner licensing the holder or any other person or corporation, or conveying any rights or permission to manufacture, use, or sell any patented invention that may in any way be related thereto.

Custodian:
Navy - Bureau of Ships

FIG. I

# OUTLINE DIMENSIONS FOR NAVY STANDARD CLOSE COUPLED PUMPS




| PUMP NO. | NAVY SIZE FLANGE DISCH | NAVY SIZE FLANGE SUCTION | PA | PB | PC | HYDROSTATIC TEST PRESSURE | PD | PE | PF | PG | PK | MOTOR FRAME NUMBER A.C. | MOTOR FRAME NUMBER D.C. | PH | GROUP SIZE SHAFT SLEEVE & WATER FLINGER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1¼ | 4¾ | 3 | 3¼ | 75 | 3½ | 2 | 2 | 9/16 | 3/8 | 17NC – 18NC | 17NC–18NC | 5⅞ | S |
| | | | | | | | 4¾ | 2½ | 2⅜ | 9/16 | ½ | 204NC – 224NC | 204NC–224NC | 6¼ | |
| 2 | 1 | 1¼ | 5¼ | 3¾ | 3¼ | 125 | 4¾ | 2½ | 2⅜ | 9/16 | ½ | 224NC – 225NC | 224NC–225NC | 6¼ | |
| 3 | 1¼ | 1½ | 4¾ | 3⅛ | 3½ | 75 | 3½ | 2 | 2 | 9/16 | 3/8 | 17NC – 18NC | 17NC–18NC | 5⅞ | |
| | | | | | | | 4¾ | 2½ | 2⅜ | 9/16 | ½ | 204NC – 224NC | 204NC–224NC | 6¼ | |
| 4 | 1¼ | 2 | 5½ | 3¾ | 3¾ | 100 | 4¾ | 2½ | 2⅜ | 9/16 | ½ | 203NC–225NC–254NC | 203NC–225NC–254NC | 6¼ | |
| 5 | 2 | 2 | 5¼ | 3¼ | 4 | 75 | 4¾ | 2½ | 2⅜ | 9/16 | ½ | 203NC–254NC | 203NC–254NC | 6¼ | |
| 6 | 3½ | 3½ | 7 | 5 | 4½ | 50 | 4¾ | [illegible] | 2⅜ | 9/16 | ½ | 224NC–254NC | 224NC–254NC | 6¼ | |
| 7 | 1¼ | 2 | 6¾ | 5¼ | 4 | 250 | 7 | 4 | 4 | 11/16 | ¾ | 324NC–326NC–365NC–404NC | 326NC–364NC | 8 3/16 | M |
| 8 | 1½ | 2½ | 6½ | 5 | 4 | 250 | | | | | | 324NC–326NC–365NC–404NC | 326NC–364NC | | |
| 9 | 2½ | 3½ | 8 | 5¼ | 4¼ | 250 | | | | | | 324NC–326NC–365NC–404NC | 326NC–364NC | | |
| 10 | 3½ | 4½ | 7½ | 4½ | 5½ | 125 | | | | | | 324NC–326NC–365NC–404NC–405NC | 326NC–364NC–404NC | | |
| 11 | 4½ | 4½ | 8 | 5 | 5½ | 100 | | | | | | 284NC–326NC–364NC | 284NC–326NC–364NC | | |
| 12 | 6 | 6 | 9½ | 8 | 6 | 50 | | | | | | 284NC–326NC–364NC | 284NC–326NC–364NC | | |
| * 13 | 8 | 8 | 10½ | 10 | 8½ | 50 | 14 | 4 | 15¾ | 13/16 | ¾ | 364NC–365NC–404NC–405NC | 364NC–365NC–444NC–445NC | 9½ | L |
| 14 | 1 | 1¼ | 6 | 4¼ | 3½ | 200 | 4¾ | 2½ | 2⅜ | 9/16 | ½ | 254NC | 254NC | 6¼ | S |
| 15 | 2½ | 3 | 6 | 3¾ | 4½ | 75 | | | | | | 225NC – 254NC | 225NC–254NC | | |
| * 16 | 6 | 7 | 9½ | 8 | 7½ | 100 | 14 | 4 | 14½ | 13/16 | ¾ | 364NC–365NC–404NC | 364NC–365NC–444NC | 9½ | L |
| 17 | 2½ | 3 | 8 | 5½ | 4¾ | 250 | 7 | 4 | 4 | 11/16 | ¾ | 404NC – 405NC | 364NC–404NC | 8 3/16 | M |

* SUPPORTING FEET PART OF VOLUTE CASING OR COVER

FIG 2

STANDARD DIMENSIONS OF FRACTIONAL HORSEPOWER CLOSE-COUPLED MOTORS




TABLE IX

STANDARD FRAME DIMENSIONS AND BEARING SIZES FOR FRACTIONAL HORSEPOWER CLOSE-COUPLED MOTORS FIG. 6
DIMENSIONS IN INCHES

| FRAME NO. | A MAX | B MAX | D | E | F | H | BG | FRONT END BRG | PUMP END BRG | L MAX | MAX WT LB |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| 17NC | 9 | 7 | 4 3/16 | 3 7/16 | 2 1/2 | 17/32 | 5 3/8 | 2042 | 3052 | 7 7/16 | 75 |
| 18NC | 10 | 7 1/2 | 4 5/8 | 4 | 2 3/4 | 17/32 | 5 7/8 | 2042 | 3052 | 7 3/4 | 90 |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

NOTES:

1. RADIUS MUST BE SMOOTH AND CENTER LOCUS CONCENTRIC WITH SHAFT AXIS.
2. SEALING SURFACE TO BE SMOOTH AND PERPENDICULAR TO SHAFT AXIS.
3. DIAMETER TO BE CONCENTRIC WITH SHAFT WITHIN .004" TOTAL INDICATOR READING.
4. FACE OF FLANGE TO BE SQUARE WITH SHAFT WITHIN .004" TOTAL INDICATOR READING.
5. RUNOUT OF SHAFT .002" MAX TOTAL INDICATOR READING.
6. TOTAL AXIAL END-PLAY OF SHAFT IN ASSEMBLED MOTOR AT NO-LOAD NOT TO EXCEED .010" FOR 310 AND SMALLER BEARINGS AND .015" FOR BEARINGS LARGER THAN 310.
7. BEARINGS TO BE NAVY TYPE 6, CLASS B CONRAD TYPE OR SINGLE ROW BALL, DOUBLE ROW WIDTH, DOUBLE SEAL, PRELUBRICATED.
8. DISTANCE BETWEEN FACE AND CENTER OF BEARING TO BE SHORT AS PRACTICABLE.

TOLERANCES:

D DIMENSION
FRAMES 17NC-326NC ........ +0", -1/32"
FRAMES 364NC-506NC ........ +0", -1/16"

2E AND 2F
FRAMES 17NC-326NC ........ +1/64", -1/64"
FRAMES 364NC-506NC ........ +1/64", -1/64"

BG MINUS F
FRAMES 17NC-326NC ........ +1/32", -1/32"
FRAMES 364NC-506NC ........ +1/32", -1/32"

KEYS
WIDTH ........ +.000", -.002"

DEPTH

| SHAFT DIAMETER | KEYWAY WIDTH | | KEYWAY DEPTH | BOTTOM OF KEYWAY TO OPPOSITE SIDE OF SHAFT |
|---|---|---|---|---|
| .6875 | 3/16 | x | 3/32 | .590 - .585 |
| 1.0000 | 1/4 | x | 1/8 | .859 - .844 |
| 1.3750 | 3/8 | x | 3/16 | 1.161 - 1.146 |

AK DIMENSION
10.5" AND SMALLER ........ +.000", -.002"
16 ........ +.000", -.003"

KEYWAYS ........ +.001", -.001"

FIG. 3

STANDARD DIMENSIONS OF INTEGRAL HORSEPOWER CLOSE-COUPLED MOTORS




TABLE K

STANDARD FRAME FLANGE AND SHAFT EXTENSION DIMENSIONS AND BEARING SIZES
FOR INTEGRAL HORSEPOWER CLOSE-COUPLED MOTORS
DIMENSIONS IN INCHES

| FRAME NO. | A MAX | B MAX | D | E | F | H | BS | FRAME END BRG | SHAFT END BRG | BD MAX | AJ | AK | BC | BF TAP | BF DEPTH | AH | NW | NV | NX | TD | U | UG | FA | FB | KEYWAY WIDTH | KEYWAY DEPTH | KEYWAY LGTH | KEY SQ END | NZ MAX | UU MIN | L (MAX) A-C | L (MAX) D-C | MAX WT LB A-C | MAX WT LB D-C | FRAME NO. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 203NC | 10 | 7 1/2 | 5 | 4 | 2 3/4 | | 3 [illegible] | 3036 | 3062 | 9 | 7 1/4 | 8.500 | 1/4 | | | 4 5/8 | 5/8 | 1 1/2 | 4 | 1/2-13 | .8750 | .8750 | | 1/8 | 3/16 | 3/32 | 1 3/16 | 1 1/4 | 1 1/2 | 1.000 | 8 3/4 | 10 1/2 | 100 | 120 | 203NC |
| 204NC | | 8 1/2 | | | 3 1/4 | | 3 [illegible] | | | | | | | | | | | | | | | | | | | | | | | | 7 1/4 | 11 [illegible] | 112 | 140 | 204NC |
| 224NC | 11 | 8 3/4 | 5 1/2 | 4 1/2 | 2 3/4 | | 6 3/4 | 3068 | 3072 | | | | | | | | | | | | | | | | | | | | 1 5/8 | 1.250 | 9 1/2 | 12 [illegible] | 142 | 200 | 224NC |
| 225NC | | 9 1/2 | | | 3 3/4 | | 7 1/2 | | | | | | | | | | | | | | | | | | | | | | | | 10 | 14 1/4 | 175 | 230 | 225NC |
| 254NC | 12 1/2 | 10 3/4 | 6 1/4 | 5 | 4 1/8 | | 8 | 3082 | 3085 | 10 | | | | | | | | | | | | | | 1/4 | | | | | 1 3/4 | 1.375 | 11 1/2 | [illegible] | 230 | 300 | 254NC |
| 284NC | 14 | 12 1/2 | 7 | 5 1/2 | 4 3/4 | | 9 [illegible] | 3084 | 3094 | 11 3/4 | | | | | | | | | | | | | | | | | | | 2 | 1.625 | 13 | 15 [illegible] | 316 | 420 | 284NC |
| 324NC | 16 | 14 | 8 | 6 1/4 | 5 1/4 | 21/32 | 10 [illegible] | 3072 | 3108 | | | | | 5/8-11 | 3/4 | | | | | | | | 1/32 | | | | | | 2 1/4 | 1.750 | 14 1/4 | 19 1/2 | 420 | 540 | 324NC |
| 326NC | | 15 1/2 | | | 6 | | 10 [illegible] | | | | | | | | | | | | | | | | | | | | | | | | 16 | 20 1/2 | 470 | 600 | 326NC |
| 364NC | 18 | 15 1/4 | 9 | 7 | 5 5/8 | | 11 1/4 | | 3127 | | | | | | | | | | | | | | | | | | | | 2 3/4 | 2.000 | 18 | 21 [illegible] | 600 | 780 | 364NC |
| 365NC | | 16 1/4 | | | 6 1/8 | 15/16 | 12 1/4 | 3003 | | 12 1/2 | 9 | 10.500 | 1/4 | | | 6 5/16 | 1 | 2 5/8 | 5 5/8 | 5/8-11 | [illegible] | 1.2500 | | | 1/4 | 1/8 | 2 | 1 [illegible] | | | 16 1/2 | 22 1/4 | 670 | 850 | 365NC |
| 404NC | 20 | 16 1/4 | 10 | 8 | 6 1/8 | | 13 | | 3152 | | | | | | | | | | | | | | | 3/16 | | | | | 3 | 2.125 | 21 1/2 | 23 | 820 | 1050 | 404NC |
| 405NC | | 17 3/4 | | | 6 7/8 | | 13 3/4 | | | | | | | | | | | | | | | | | | | | | | | | 19 1/2 | 24 | 920 | 1170 | 405NC |
| 444NC | 22 | 18 1/2 | 11 | 9 | 7 1/4 | 1 1/16 | 15 | 3112 | 3138 | | | | | | | | | | | | | | | | | | | | 3 3/4 | 2.500 | 20 | 25 1/2 | 1130 | 1430 | 444NC |
| 445NC | | 20 1/2 | | | 8 1/4 | | 16 | | | | | | | | | | | | | | | | | | | | | | | | 21 | 26 1/2 | 1200 | 1510 | 445NC |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 404NCP | 20 | 16 1/4 | 10 | 8 | 6 1/8 | 13/16 | 13 | 3092 | 3134 | | | | | | | | | | | | | | | | | | | | 2 11/16 | 2.000 | 17 1/2 | 23 | 840 | 1050 | 404NCP |
| 405NCP | | 17 3/4 | | | 6 7/8 | | 13 3/4 | | | | | | | | | | | | | | | | | | | | | | | | 18 1/2 | 24 | 940 | 1200 | 405NCP |
| 444NCP | 22 | 18 1/2 | 11 | 9 | 7 1/4 | 1 1/16 | 15 | 3112 | 3154 | 16 1/2 | 14 | 16.000 | 0 | 5/8-11 | 1 | 10 3/4 | 1/4 | 3 | 6 1/2 | 7/8-9 | 1.8750 | 1.2500 | 1/16 | 1/4 | 3/8 | 3/16 | 2 3/4 | 2 5/8 | 5 [illegible] | 2.500 | 20 | 25 1/2 | 1150 | 1450 | 444NCP |
| 445NCP | | 20 1/2 | | | 8 1/4 | | 16 | | | | | | | | | | | | | | | | | | | | | | | | 21 | 26 1/2 | 1300 | 1600 | 445NCP |
| 504NCP | 25 | 21 | 12 1/2 | 10 | 8 | 1 3/16 | 17 | 3134 | 3178 | | | | | | | | | | | | | | | | | | | | 4 [illegible] | 2.750 | 22 | 27 1/2 | 1900 | 2300 | 504NCP |
| 505NCP | | 23 | | | 9 | | 18 | | | | | | | | | | | | | | | | | | | | | | | | 23 | 28 1/2 | 2000 | 2350 | 505NCP |




Figure 4. - Outside of shaft sleeve

FIG. 5
SHAFT SLEEVE DETAIL




| GROUP | SA +.000 -.001 | SB | SC +.002 -.000 | SD +.001 -.000 | SE | SF +.005 -.005 | SG | SH | SL | SM | SR | ST | SIZE OF STUFFING BOX PACKING |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| S | 1.125 | 15/16 | .690 | .8760 | 4 | .500 | 1/4 | 1/32 | 3/16 | 3/32 | 3/16 | 5/32 | 1 1/8 I.D.×1 5/8 O.D.×1/4 SQ. |
| M | 1.625 | 1 5/16 | 1.003 | 1.2510 | 5 3/4 | .625 | 5/16 | 1/32 | 1/4 | 1/8 | 1/4 | 13/64 | 1 5/8 I.D.×2 3/8 O.D.×3/8 SQ. |
| L | 2.250 | 1 7/16 | 1.378 | 1.7510 | 6 3/4 | .750 | 3/8 | 1/16 | 3/8 | 3/16 | 5/16 | 1/4 | 2 1/4 I.D.×3 O.D.×3/8 SQ. |

NOTE 1: SEALING SURFACES TO BE SMOOTH TRUE AND PERPENDICULAR WITH BORE
NOTE 2: OUTSIDE DIAMETER TO BE GROUND SMOOTH TRUE AND CONCENTRIC WITH BORE

FIG. 6

DETAIL OF WATER FLINGER




| GROUP | WA | WB | WC +.001 -.000 | WD +1/64 -.000 | WE | WF | WG | WL | WN | WR | WT | SIZE OF HALF DOG POINT SET SCREW |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| S | 2 7/8 | 1 3/4 | 1.126 | 15/16 | 1/4 | 1/4 | 11/16 | 2 3/16 | 1/4-20 | 1/4 | 5/16-18 | 1/4 x 3/8 LG. |
| M | 3 1/2 | 2 1/4 | 1.626 | 1 3/8 | 1/4 | 1/4 | 3/4 | 2 3/4 | 5/16-18 | 9/32 | 5/16-18 | 5/16 x 3/8 LG. |
| L | 4 3/8 | 3 | 2.251 | 1 13/16 | 5/16 | 5/16 | 7/8 | 3 1/2 | 3/8-16 | 5/16 | 3/8-16 | 3/8 x 1/2 LG. |


TOTAL DYNAMIC HEAD IN FEET
GALLONS PER MINUTE
FIG. 7
RATING CHART—ALTERNATING CURRENT


FIG. 8
RATING CHART—DIRECT CURRENT
GALLONS PER MINUTE
TOTAL DYNAMIC HEAD IN FEET