# SAMUEL A. FORMAN, M.D.

One Research Drive
Suite 301B
Westboro, MA 01581

(508)-948-6010 (508)-948-6095 fax (617)-945-9645 home
sforman@statusone.com email


## EMPLOYMENT

2005 – present

**Consultant**, Cambridge, MA
Expertise in population-based case management, disease management, predictive modeling, proposal writing, professional publications, toxicology, and general management of health-related enterprises.

1997 - 2004

**StatusOne,** Westboro, MA
Senior VP, Chief Medical Officer and Co-founder
Services, consulting, software and Internet services helping risk-bearing health organizations care for their frailest members. Develop predictive models, organize and execute medical management services, formulate client relationships, contribute professional papers and monographs, evaluate competitive offerings, and represent StatusOne to medical audiences.. A Principal Investigator of the CMS Medicare Coordinated Care Demonstration with Washington University Physician Network. Led proposal writing for American Healthways CMS contracts.
StatusOne is an American Healthways Company since September 2003.

1995 - 1997

**Blue Cross and Blue Shield of Massachusetts**, Boston, MA
Medical Director, Clinical Improvement
General management responsibilities for pharmacy, home care, and several health care joint ventures. Lead clinical improvement projects involving all specialties in a 100,000 member integrated delivery system. Provide general internal medicine care.

1986 - 1993

**Procter & Gamble Company**, Cincinnati, Ohio
Consultant, later Associate Director, Occupational Health
Manage U.S. self-insured health programs for 30,000 employees comprising the detergent, paper, pharmaceutical and food divisions. Build epidemiologic function, design, contract for, and execute studies. Model programs reapplied worldwide. Manage 5 physicians, 3 nurses plus support staff. Deliver clinical services to technical center staff and senior management. Direct 70 site clinics and 60 part-time physicians.

1984 - 1986

**Coastal Emergency Services, Inc.**, Virginia
Clinical services in emergency and general internal medicine.

## MILITARY SERVICE

1982 - 1986

**Navy Environmental Health Center**
Norfolk, Virginia
Lieutenant Commander, later GS-14 Consultant in the occupational medicine division
Set standards, review complicated disability claims, apply statistical methods to health care delivery, inspect clinics for QA and UR, lecture on professional topics, perform epidemiologic studies and health hazard evaluations, manage development and implementation of clinical information management system.

1980 - 1982

**Naval Regional Medical Center**
Long Beach, California
Occupational Medicine Service; Head, Seal Beach Naval Weapons Station clinic. General and occupational clinical and preventive programs for personnel at conventional, nuclear capable, and special weapons industrial base. Manage asbestos medical surveillance program at Long Beach Naval Shipyard.

1978 - 1979

**USS St. Louis** (LKA-116) and **USS Duluth** (LPD-6)
Based at San Diego, California
Ship's physician
Western Pacific operations, general office and emergency practice. Vietnamese refugee assistance.

## EDUCATION

1993 - 1995

**Yale** University School of Management,
New Haven, Connecticut
**Master of Business Administration**
Concentration in Organizational Behavior and Operations. Total quality management, health administration, finance, marketing, accounting and statistics. Coordinator of Yale/Columbia Graduate School of Business Negotiation Colloquium.

1979 - 1980

**Harvard** University School of Public Health,
Boston, Massachusetts
**Master of Science**
Residency in Occupational Medicine

1977 - 1978

**National Naval Medical Center**,
Bethesda, Maryland
Internal medicine rotating internship
Assistant senior intern.

1976 - 1977

**Harvard** University School of Public Health,
Boston, Massachusetts
**Master of Public Health**

1973 - 1977

**Cornell** University Medical College,
New York, New York
**Doctor of Medicine**
MD-MPH program.

1970 - 1973

**University of Pennsylvania**,
Philadelphia, Pennsylvania
**Bachelor of Arts** magna cum laude
Majors in biology and history.

## PUBLICATIONS

Forman, S: "Targeting the Highest-Risk Population to Complement Disease Management" Health Management Technology 49-50, Jul 2004.

Forman SA, Lynch JP: "High Risk Geriatric Population Medical Management" (abstract) J Am Geriatric Assoc S111, May 2001.

Forman SA: "Internet-Deployed Population Based Case Management" Inside Case Management" 7(2), May 2000.

Lynch J, Forman SA, Graff S, Gunby M: "High Risk Population Health Management: Achieving Improved Patient Outcomes and Near-Term Financial Results" Am J Managed Care 6(7):781-791, 2000.

Forman S. "Medicare Risk Plans and Disease Management Vendors" Disease Management and Health Outcomes 7(1):1-4, 2000.

(Book) Forman SA, Kelliher M: *Status One: Breakthroughs in High Risk Population Health Management*, Medical Management Series, Jossey Bass Publishers, San Francisco 1999.

Borron SW, Forman SA, Lockey JE, Lemasters GK, Yee LM: "Dust and Mirrors or Corruption is in the Eye of the Beholder," American Journal of Industrial Medicine 34:409-410, 1998.

Forman SA, Kelliher M, Wood G: "Clinical Improvement with Bottom Line Impact - Custom Care Planning for the Acutely, Chronically Ill in a Managed Care Setting," J Managed Care 3(7): 1039-1048, July 1997.

Borron SW, Forman, SA, Lockey JE, Lemasters GK, Yee LM: "An Unpublished 1932 Study of Asbestosis Among Manufacturing Workers: Reconstruction of the Cohort and Original Findings," American Journal of Industrial Medicine 31: 324-334, 1997.

Ducatman AM, Forman SA, Teichman R, Gleason RE: "Occupational Physician Staffing in Large U.S. Corporations," Journal of Occupational Medicine 33(5): 613-618, 1991.

Forman SA: "A Review of Propylene Glycol Dinitarate Toxicology and Epidemiology," Toxicology Letters 43: 51-65, 1988.

Ducatman AM, Yang WM, Forman SA: "B-Readers and Asbestos Medical Surveillance," Journal of Occupational Medicine 30(8): 644-647, 1988.

Forman SA: "Sublethal Exposure to Microwave Radiation (letter)," Journal of the American Medical Association 259(1): 3129, 1988.

Forman SA: "U.S. Navy Occupational Medicine Through World War Two," Journal of Occupational Medicine 31(1): 28-32, 1988.

Forman SA, Potter HG, Helmkamp JC: "Retrieval Methodology for Inpatient Records," Military Medicine 152: 190-193, 1987.

Forman SA, Helmkamp JC, Bone CM: "Cardiac Morbidity Associated With Occupational Exposure to 1,2 Propylene Glycol Dinitrate," Journal of Occupational Medicine 25(5): 445-450, 1987.

Forman SA: "Radiation-Induced Breast Cancer (letter)," Archives of Internal Medicine 145: 574-575, 1985.

Helmkamp JC, Forman SA, McNally MS, Bone CM: "Morbidity and Mortality Associated With Exposure to Otto Fuel II in the U.S. Navy 1966-1979," Naval Health Research Center Report 84-35, 1984.

Forman SA: "Industrial Hygiene Records - Will They Be Useful and IBM's Experience With ECHOES," American Conference of Governmental Industrial Hygienists Journal 6: 41,75, 1983.

Forman SA, Holmes CK, McManamon TV, Wedding C: "Psychological Symptoms and Intermittent Hypertension Following Acute Microwave Exposure," Journal of Occupational Medicine 24(11): 932-934, 1982.

Forman SA, Castell DO: "Food Intolerance and Peptic Ulcer Disease," Gastroenterology 75(1): 162, 1978.

## ACADEMIC AFFILIATIONS

Organizer of Healthcare 2005, Yale School of Management, Feb 2005.

University of Cincinnati, adjunct associate professor of medicine, 1989 to 2003.

University of Cincinnati, chairman of the post-graduate Medicine Advisory Committee, 1988-1990.

Eastern Virginia Medical College, adjunct assistant professor of family practice and community medicine, 1983-1985.

## LICENSES and CERTIFICATIONS

Licensed to practice medicine in Massachusetts, Virginia, California and Ohio.
Board certified in Occupational Medicine.

## MEMBERSHIPS

Member, American College of Physician Executives, American Medical Association, and Massachusetts Medical Society
Fellow, American College of Occupational and Environmental Medicine.

## INTERESTS

General management within health related businesses. Innovations, strategy and leadership in the cost effective delivery of medical care and the maintenance of high patient functional status.
Enjoy travel, rowing, writing fiction, numismatics, history, and antiques.
Company surgeon of the Lexington Minutemen historical reenactors.