Submitted 11/1/85

# REQUEST AND AUTHORIZATION FOR TDY TRAVEL OF DOD PERSONNEL

(Reference: Joint Travel Regulations)
Travel Authorized as Indicated in Items 2 through 21.

1. DATE OF REQUEST: 16SEP1985

**REQUEST FOR OFFICIAL TRAVEL**

2. NAME (Last, First, Middle Initial): FORMAN, SAMUEL A. 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

3. POSITION TITLE AND GRADE OR RATING: OCCUPATIONAL MEDICINE CONSULTATION COORD GS-14

4. OFFICIAL STATION: NAVY ENVIRONMENTAL HEALTH CENTER NAVAL STATION, NORFOLK, VA 23511

5. ORGANIZATIONAL ELEMENT: OCCUPATIONAL HEALTH DEPT

6. PHONE NO.: 444-4657

7. TYPE OF ORDERS: SINGLE

8. SECURITY CLEARANCE: SECRET CLNC BASED ON NAC COMP 01AUG73 BY DODNACC-DIS

9. PURPOSE OF TDY: HISTORY OF NAVY OCCUPATIONAL HEALTH/ RESEARCH FOR WORKSHOP PRESENTATION (OTHER)

10a. APPROX NO. OF DAYS OF TDY (Including travel time): 3

b. PROCEED O/A (Date): 18 SEPTEMBER 1985

11. ITINERARY [X] VARIATION AUTHORIZED

NATIONAL ARCHIVES BRANCH, SUITLAND, MD AND IN AND AROUND SUITLAND, MD; NATIONAL ARCHIVES, NAVAL HISTORY MUSEUM, WASHINGTON NAVY YARD, NAVMEDCOM, WASHINGTON, DC AND IN AND AROUND WASHINGTON, DC AND RETURN NORFOLK, VA

12. MODE OF TRANSPORTATION

| COMMERCIAL | | | | GOVERNMENT | | | PRIVATELY OWNED CONVEYANCE (Check one) |
|---|---|---|---|---|---|---|---|
| RAIL | AIR | BUS | SHIP | AIR | VEHICLE | SHIP | RATE PER MILE: |
| | | | | | | | |

[ ] AS DETERMINED BY APPROPRIATE TRANSPORTATION OFFICER (Overseas Travel only)

[ ] MORE ADVANTAGEOUS TO GOVERNMENT

[ ] MILEAGE REIMBURSEMENT AND PER DIEM LIMITED TO CONSTRUCTIVE COST OF COMMON CARRIER TRANSPORTATION & RELATED PER DIEM AS DETERMINED IN JTR. TRAVEL TIME LIMITED AS INDICATED IN JTR.

13. [X] PER DIEM AUTHORIZED IN ACCORDANCE WITH JTR.
[ ] OTHER RATE OF PER DIEM (Specify)

14. ESTIMATED COST

| PER DIEM | TRAVEL | OTHER | TOTAL | 15. ADVANCE AUTHORIZED |
|---|---|---|---|---|
| $ 225.00 | $ -- | $ 140.00 | $ 365.00 | $ -283.00 |

16. REMARKS (Use this space for special requirements, leave, superior or 1st-class accommodations, excess baggage, registration fees, etc.)

UTILIZATION OF GOVERNMENT FACILITIES NOT REQUIRED AS IT IS CONSIDERED SUCH UTILIZATION WOULD ADVERSELY AFFECT PERFORMANCE OF ASSIGNED TEMPORARY DUTY. LODGING RECEIPTS REQUIRED. RECEIPTS REQUIRED FOR ALL EXPENSES INCURRED OVER $25.00. RENTAL CAR AUTHORIZED. AUTHORIZED MTMC NEGOTIATED COMPACT CAR (A) APPROXIMATELY 600 MILES FOR 3 DAYS. PHONE CALLS FOR OFFICIAL BUSINESS ARE APPROVED FOR PAYMENT.

17. REQUESTING OFFICIAL (Title and signature)

18. APPROVING OFFICIAL (Title and signature): CAPT J. J. BELLANCA, MC, USN, COMMANDING OFFICER

**AUTHORIZATION**

19. ACCTG. CITATION

| APPROPRIATION AND SUBHEAD | OBJECT CLASS | BUREAU CONTROL NUMBER | SUB-AUTH | AUTHORIZATION ACCOUNTING ACTIVITY | TYPE | TRAVEL ORDER (Tango) NO. | COST CODE |
|---|---|---|---|---|---|---|---|
| AA1731804.1800 | 000 | 68546 | 0 | 66818 | 2D | 50N713 | 713403383113 (D) |

20. ORDER AUTHORIZING OFFICIAL (Title and signature) OR AUTHENTICATION: CAPT J. J. BELLANCA, MC, USN, COMMANDING OFFICER

21. DATE ISSUED: 16 SEPTEMBER 1985

22. TRAVEL ORDER NUMBER: N6654685S0N0713

DD FORM 1 JUN 67 1610 S/N 0102-LF-016-7702

NAVY OVERPRINT - JAN. 1971

# REQUEST AND AUTHORIZATION FOR TDY TRAVEL OF DOD PERSONNEL

*(Reference: Joint Travel Regulations)*
Travel Authorized as Indicated in Items 2 through 21.

1. DATE OF REQUEST: 15 AUG 85

**REQUEST FOR OFFICIAL TRAVEL**

2. NAME *(Last, First, Middle Initial)*: FORMAN, SAMUEL A. 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

3. POSITION TITLE AND GRADE OR RATING: OCCUPATIONAL MEDICINE CONSULTATION COOR. GS-14

4. OFFICIAL STATION: NAVAL ENVIRONMENTAL HEALTH CENTER, NAVAL STATION, NORFOLK, VIRGINIA 23511

5. ORGANIZATIONAL ELEMENT: OCCUPATIONAL HEALTH DEPARTMENT

6. PHONE NO.: 444-4657

7. TYPE OF ORDERS: SINGLE

8. SECURITY CLEARANCE: SECRET CLNC BASED ON NAC COMP 01 AUG 73 BY DODNACC-DIS

9. PURPOSE OF TDY: MISSION

10a. APPROX NO. OF DAYS OF TDY *(Including travel time)*: 4

b. PROCEED O/A *(Date)*: 20 AUGUST 1985

11. ITINERARY ☒ VARIATION AUTHORIZED

NATIONAL ARCHIVES, MEDCOM, NAVY HISTORICAL MUSEUM, WASHINGTON, DC, AND IN AND AROUND WASHINGTON, DC AND RETURN NORFOLK.

12. MODE OF TRANSPORTATION

| COMMERCIAL | | | | GOVERNMENT | | | PRIVATELY OWNED CONVEYANCE *(Check one)* |
|---|---|---|---|---|---|---|---|
| RAIL | AIR | BUS | SHIP | AIR | VEHICLE | SHIP | RATE PER MILE: |
| | | | | | | | ☐ MORE ADVANTAGEOUS TO GOVERNMENT |

☐ AS DETERMINED BY APPROPRIATE TRANSPORTATION OFFICER *(Overseas Travel only)*

☐ MILEAGE REIMBURSEMENT AND PER DIEM LIMITED TO CONSTRUCTIVE COST OF COMMON CARRIER TRANSPORTATION & RELATED PER DIEM AS DETERMINED IN JTR. TRAVEL TIME LIMITED AS INDICATED IN JTR.

13. ☒ PER DIEM AUTHORIZED IN ACCORDANCE WITH JTR.
☐ OTHER RATE OF PER DIEM *(Specify)*

14. ESTIMATED COST

| PER DIEM | TRAVEL | OTHER | TOTAL | 15. ADVANCE AUTHORIZED |
|---|---|---|---|---|
| $00.00 | $78.00 | $25.00 | $403.00 | $322.00 |

16. REMARKS *(Use this space for special requirements, leave, superior or 1st-class accommodations, excess baggage, registration fees, etc.)*

UTILIZATION OF GOVERNMENT FACILITIES NOT REQUIRED AS IT IS CONSIDERED SUCH UTILIZATION WOULD ADVERSELY AFFECT PERFORMANCE OF ASSIGNED TEMPORARY DUTY. LODGING RECEIPTS REQUIRED. RECEIPTS REQUIRED FOR ALL EXPENSES INCURRED OVER $25.00. POC IS AUTHORIZED FOR USE IN AND AROUND TDY STATION ON OFFICIAL BUSINESS. AUTHORIZED TO DEPART FROM AND RETURN TO RESIDENCE IN VIRGINIA BEACH, VA. OWNERS AND OPERATORS STATEMENT: I certify that I am the owner and operator of the private conveyance utilized and primarily responsible for the operating expenses thereof: LICENSE: PA 09365T

17. REQUESTING OFFICIAL *(Title and signature)*

18. APPROVING OFFICIAL *(Title and signature)*: CAPT J. J. BELLANCA, MC, USN, COMMANDING OFFICER

**AUTHORIZATION**

19. ACCTG. CITATION

| APPROPRIATION AND SUBHEAD | OBJECT CLASS | BUREAU CONTROL NUMBER | SUB-AUTH | AUTHORIZATION ACCOUNTING ACTIVITY | TYPE | TRAVEL ORDER *(Tango)* NO. | COST CODE |
|---|---|---|---|---|---|---|---|
| AA1751804.1880 | 000 | 68546 | 0 | 66818 | 2D | 50N675 | 67537718N3113(2) |
| | | | | | | | |
| | | | | | | | |

20. ORDER AUTHORIZING OFFICIAL *(Title and signature)* OR AUTHENTICATION: CAPT J. J. BELLANCA, MC, USN, COMMANDING OFFICER

21. DATE ISSUED: 15 AUGUST 1985

22. TRAVEL ORDER NUMBER: N6854685550N0675

DD FORM 1 JUN 67 1610 S/N 0102-LF-016-7702 NAVY OVERPRINT - JAN. 1971

# REQUEST AND AUTHORIZATION FOR TDY TRAVEL OF DOD PERSONNEL

*(Reference: Joint Travel Regulations)*
Travel Authorized as Indicated in Items 2 through 21.

1. DATE OF REQUEST: 30 JULY 1985

**REQUEST FOR OFFICIAL TRAVEL**

2. NAME *(Last, First, Middle Initial)*: FORMAN, SAMUEL A. 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

3. POSITION TITLE AND GRADE OR RATING: GS-14 OCCUPATIONAL MEDICINE CONSULTATION COOR.

4. OFFICIAL STATION: NAVY ENVIRONMENTAL HEALTH CENTER NAVAL STATION, NORFOLK, VIRGINIA 23511

5. ORGANIZATIONAL ELEMENT: OCCUPATIONAL HEALTH DEPT.

6. PHONE NO.: 444-4657

7. TYPE OF ORDERS: SINGLE

8. SECURITY CLEARANCE: SECRET CLRC BASED ON NAC COMP 01 AUG 73 BY DODNACC-DIS

9. PURPOSE OF TDY: MISSION (SPECIAL MISSION)

10a. APPROX NO. OF DAYS OF TDY *(Including travel time)*: 5

b. PROCEED O/A *(Date)*: 5 AUGUST 1985

11. ITINERARY [X] VARIATION AUTHORIZED

HARVARD MEDICAL SCHOOL AND SCHOOL OF PUBLIC HEALTH LIBRARIES, BOSTON, MA AND IN AND AROUND BOSTON, MA AND RETURN NORFOLK, VA

12. MODE OF TRANSPORTATION

| COMMERCIAL | | | | GOVERNMENT | | |
|---|---|---|---|---|---|---|
| RAIL | AIR | BUS | SHIP | AIR | VEHICLE | SHIP |
| | X | | | | | |

[ ] AS DETERMINED BY APPROPRIATE TRANSPORTATION OFFICER *(Overseas Travel only)*

PRIVATELY OWNED CONVEYANCE *(Check one)*
RATE PER MILE:
[ ] MORE ADVANTAGEOUS TO GOVERNMENT
[ ] MILEAGE REIMBURSEMENT AND PER DIEM LIMITED TO CONSTRUCTIVE COST OF COMMON CARRIER TRANSPORTATION & RELATED PER DIEM AS DETERMINED IN JTR. TRAVEL TIME LIMITED AS INDICATED IN JTR.

13. [X] PER DIEM AUTHORIZED IN ACCORDANCE WITH JTR.
[ ] OTHER RATE OF PER DIEM *(Specify)*

14. ESTIMATED COST

| PER DIEM | TRAVEL | OTHER | TOTAL | 15. ADVANCE AUTHORIZED |
|---|---|---|---|---|
| $375.00 | $120.00 | $50.00 | $545.00 | $320.00 |

16. REMARKS *(Use this space for special requirements, leave, superior or 1st-class accommodations, excess baggage, registration fees, etc.)*

UTILIZATION OF GOVERNMENT FACILITIES NOT REQUIRED AS IT IS CONSIDERED SUCH UTILIZATION WOULD ADVERSELY AFFECT PERFORMANCE OF ASSIGNED TEMPORARY DUTY. LODGING RECEIPTS REQUIRED. RECEIPTS REQUIRED FOR ALL EXPENSES INCURRED OVER $25.00. COMMERCIAL AIR IS AUTHORIZED. AUTHORITY TO USE TAXI/LIMO SERVICE. LIBRARY USER AND COPIER FEE AUTHORIZED. PHONE CALLS FOR OFFICIAL BUSINESS ARE APPROVED FOR PAYMENT.

17. REQUESTING OFFICIAL *(Title and signature)*

18. APPROVING OFFICIAL *(Title and signature)*: CAPT J. J. BELLANCA, MSN,USN, COMMANDING OFFICER

**AUTHORIZATION**

19. ACCTG. CITATION

| APPROPRIATION AND SUBHEAD | OBJECT CLASS | BUREAU CONTROL NUMBER | SUB-AUTH | AUTHORIZATION ACCOUNTING ACTIVITY | TYPE | TRAVEL ORDER (Tango) NO. | COST CODE |
|---|---|---|---|---|---|---|---|
| AA1751804.1880 | 000 | 68546 | 0 | 66518 | 20 | 5RN503 | 60335S5N3113(E) |

20. ORDER AUTHORIZING OFFICIAL *(Title and signature)* OR AUTHENTICATION

CAPT J. J. BELLANCA, MC, USN, COMMANDING OFFICER

21. DATE ISSUED: 30 JULY 1985

22. TRAVEL ORDER NUMBER: N6854685560N503

DD FORM 1 JUN 67 1610 S/N 0102-LF-016-7702 NAVY OVERPRINT - JAN. 1971