# SAFETY REVIEW



JAN 3 1947
DOCUMENTS DIVISION

NAVEXOS P-52

Vol. 4, No. 1
Jan. 1947

J-M EXHIBIT 12(c)(1)

DEPOSITION EXHIBIT
PNS 26
7/12/13 KAD

## FOUNDRY DUST

ONE of the elements in effective control of silicosis in foundry operations is the maintenance of the highest standards of housekeeping. One phase of the housekeeping program should include periodic removal, on a scheduled basis, of the dust which has settled on overhead obstructions, girders, conduits, catwalks, and other fixed objects where dust in the general atmosphere may settle and come to rest. Several of the shore establishments, realizing the importance of good housekeeping conditions in keeping down concentrations of dust in the general foundry atmosphere, make use of industrial vacuum-cleaning systems for the periodic removal of dust which has settled on overhead structural members and equipment.

The importance of developing and maintaining such a housekeeping program is emphasized in the following report submitted recently by the Boston Naval Shipyard:

"Personnel working in the foundry have complained of the material which is deposited overhead and elsewhere in the foundry and drops down when the building vibrates; a laboratory analysis of a sample of this deposit follows:

| | | |
|---|---|---|
| Tin | (as $S_nO_2$) ...... | 9.64 |
| Lead | (as Pb ) ...... | 2.09 |
| Copper | (as Ca ) ...... | 2.06 |
| Silica | (as $SiO_2$) ...... | 2.64 |
| Sulphur | (as S ) ...... | 4.50 |

Zinc Oxide ......The remainder, with the lead, copper and part of the zinc present as sulfides in the sample.

"In that the inhalation of heavy metal dusts is considered a contributing factor to metal-fume fever, the need for protective measures is obvious and again urged."

## ASBESTOS DUST

EXPOSURE to asbestos dust is a health hazard which cannot be overlooked in maintaining an effective occupational-hygiene program. Adequate localized ventilation to maintain dust concentrations below the safe threshold limits must be utilized wherever possible, and, if circumstances warrant these should be supplemented by general-room ventilation. Activities engaged in the handling of asbestos installation and pipe covering should thoroughly investigate the environmental conditions under which these operations are performed, taking the necessary dust counts and checking existing ventilating facilities to insure that the hazard is being effectively and continuously controlled. In those instances where mechanical exhaust ventilation must be supplemented by the wearing of personal protective equipment, personnel exposed to such hazards should be furnished the Navy half mask, conforming to BuShips Ad Int. Specification, Masks (for Protection of Respiratory Organs from Toxic Fumes and Dust), dated 16 September 1946, 37M3, Type C, Class 1, Filter-Pad Masks.

The following report from the Naval Shipyard, Portsmouth, New Hampshire, records the results of an investigation conducted at that activity:

"There were two investigations of occupational-health exposures during the month of October.

I (a) Conditions in the Asbestos Insulation and Pipe-Cover Section of Bldg. 174 were investigated and it was found that the dust count in this section was upward of 5 m./cu.ft.

(b) Recommendations were made as follows:

1. That the asbestos covering process be confined to as small a section of the shop as possible.
2. That proper ventilation be secured.
3. That appropriate respirators be worn by the workers.
4. That instruction be given workers in the use of respirators."

## FLAMEPROOFING OF TEXTILES

THE National Bureau of Standards recently announced "Circular C 455, Flameproofing of Textiles," which sets forth most recent results of research to develop treatments which reduce the flammability of textiles and make them reasonably resistant to effects of water. It also gives a new method for determining the relative flammability of untreated textiles. Requests for this publication should be sent to the Safety Branch, Office of Industrial Relations, Building K-1005, Navy Department, Washington 25, D. C.