STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

CA 07 050 S

Case ID: PC-2006-6569 ROBERT CAMPBELL V BUFFALO PUMPS INC

Filing Date: 12-19-2006
Case Status: CLOSED DURING DISCOVERY

Case Type: ASBESTOS CASES
Status Date: 02-05-2007

| | |
|---|---|
| Plaintiff: ROBERT CAMPBELL<br>ID: @10879867 | Attorney: ROBERT SWEENEY |
| Plaintiff: DIANE CAMPBELL<br>ID: @10879868 | Attorney: ROBERT SWEENEY |
| Plaintiff: DANIEL PATTERSON<br>ID: @10879869 | Attorney: ROBERT SWEENEY |
| Plaintiff: BRIAN PATTERSON<br>ID: @10879872 | Attorney: ROBERT SWEENEY |
| Plaintiff: TINA VALDEZ<br>ID: @10879874 | Attorney: ROBERT SWEENEY |
| Plaintiff: TAMMY MCILLRATH<br>ID: @10879875 | Attorney: ROBERT SWEENEY |
| Plaintiff: ROBERT CAMPBELL<br>ID: @10879876 | Attorney: ROBERT SWEENEY |
| Plaintiff: KEVIN CAMPBELL<br>ID: @10879877 | Attorney: ROBERT SWEENEY |
| Defendant: BUFFALO PUMPS INC<br>ID: @10879878 | Attorney: DAVID GOLDMAN<br>Attorney: TIMOTHY DODD |
| Defendant: GENERAL ELECTRIC COMPANY<br>ID: @10879880 | |

**Scheduled Events**

| Date | Event | Location | Judge |
|---|---|---|---|

**Prior Events**

| Date | Event | Location | Judge |
|---|---|---|---|

**Case Jacket**

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

**Docket Entry Information**

| Date | Description | Text |
|---|---|---|
| 12-19-2006 | COMPLAINT FILED | |
| 12-19-2006 | INITIAL FILING FEE | |
| 12-21-2006 | Payment Applied | A Payment of -$160.00 was made on receipt SCP239621. |
| 01-05-2007 | SUMMONS,PROOF OF SERVICE FILED | Affiliated: GENERAL ELECTRIC COMPANY |
| 01-23-2007 | ANSWER FILED | TO COMPLNT<br>Affiliated: BUFFALO PUMPS INC |
| 01-23-2007 | CROSSCLAIM FILED | Affiliated: BUFFALO PUMPS INC |

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PC-2006-6569 ROBERT CAMPBELL V BUFFALO PUMPS INC

| | | |
|---|---|---|
| 02-05-2007 | NOTICE OF REMOVAL | DEFENDANT BUFFALO PUMPS INC. NOTICE OF REMOVAL OF CIVIL ACTION TO US DISTRICT COURT. |
| 02-05-2007 | OTH DOC FILED DURING DISCOV | MATTER IS REMOVED. TO US DISTRICT COURT. CASE #07-050 |

rue Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island