**UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| ROBERT W. CAMPBELL (deceased), DIANE L. CAMPBELL, DANIEL RAY PATTERSON, BRIAN LEE PATTERSON, TINA VALDEZ, TAMMY MCILLRATH, ROBERT CAMPBELL JR., and KEVIN CAMPBELL<br>Plaintiffs,<br>v.<br>BUFFALO PUMPS, INC.<br>GENERAL ELECTRIC COMPANY,<br>Defendants. | Civil Action No.: 07-050 |

**NOTICE OF FILING OF TAG-ALONG NOTICE**

NOTICE IS HEREBY GIVEN that, pursuant to 28 U.S.C. § 1407, defendant Buffalo Pumps, Inc.'s counsel filed the attached notice of tag-along and supporting documents with the Judicial Panel on Multidistrict Litigation on March 23, 2007. See Notice of Tag-Along Action, a true and correct copy of which is attached hereto as Exhibit A.

Respectfully submitted

[signature]

Timothy K. Dodd. #3150
215 Broadway
Providence, RI 02903
(401) 272-3900

Date: March 29, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on the 29th day of March , 2007, I caused a true copy of the within Notice of Tag-Along Action to be served via first class mail, on plaintiff counsel Richard Bullock of Early, Ludwick & Sweeney, 265 Church Street, New Haven, CT 06508 and to counsel for defendant General Electric, Jeffrey Thomen of McCarter English, CityPlace I, 185 Asylum Street, Hartford, CT 06103.

David A. Goldman

David A. Goldman