**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| ROBERT W. CAMPBELL (deceased) DIANE L. CAMPBELL, DANIEL RAY PATTERSON, BRIAN LEE PATTERSON, TINA VALDEZ, TAMMY MCILLRATH, ROBERT CAMPBELL JR., and KEVIN CAMPBELL,<br><br>Plaintiffs,<br><br>v.<br><br>BUFFALO PUMPS, INC., GENERAL ELECTRIC COMPANY,<br><br>Defendants | Civil Action No. 07-050 S |

## APPEARANCE

To the Clerk:

Please enter the appearance of the undersigned as attorney for the defendant, **GENERAL ELECTRIC COMPANY**, in the above captioned matter.

Defendant,
GENERAL ELECTRIC COMPANY,

By its attorneys,

Dated: April 3, 2007

Jeffrey M. Thomen, Esquire
Federal Bar #6738
MCCARTER & ENGLISH, LLP.
CityPlace I
185 Asylum Street
Hartford, CT 06103
(860) 275-6700
(860) 724-3397 fax
email: jthomen@mccarter.com

**CERTIFICATION**

I hereby certify that a copy of the foregoing was sent via regular mail, postage prepaid, this 3rd day of April, 2007 to all counsel of record.

**Plaintiffs**
Robert J. Sweeney, Esquire
Early Ludwick & Sweeney, L.L.C.
265 Church Street
P.O. Box 1866
New Haven, CT 06508

**Buffalo Pumps, Inc.**
Timothy K. Dodd
215 Broadway
Providence, RI 02903

Jeffrey M. Thomen