**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| ROBERT W. CAMPBELL (deceased),<br>DIANE L. CAMPBELL,<br>DANIEL RAY PATTERSON,<br>BRIAN LEE PATTERSON,<br>TINA VALDEZ, TAMMY MCILLRATH,<br>ROBERT CAMPBELL JR.,<br>And KEVIN CAMPBELL<br>Plaintiffs<br><br>VERSUS<br><br>BUFFALO PUMPS, INC.<br>GENERAL ELECTRIC COMPANY<br>Defendants | Civil Action No. 07-cv-050 |

**DISMISSAL STIPULATION**

In connection with the above-captioned matter, it is agreed as follows:

The complaint and claims of the Plaintiffs against the Defendant, GENERAL ELECTRIC COMPANY, is hereby dismissed with prejudice, no interest, no costs.

s/James F. Early
James F. Early, Esq.
Federal Bar No. 3589
Early, Ludwick & Sweeney, LLC
One Century Tower, 11th Floor
265 Church Street
PO Box 1866
New Haven, CT 06508-1866
Telephone: (203)777-7799
Facsimile: (203)785-1671

Jeffrey M. Thomen, Esq.
Federal Bar #6738
McCarter & English, LLP
CityPlace I
185 Asylum Street
Hartford, CT 06103
Telephone (860) 275-6700
Facsimile (860) 724-3397

Dated: July 28, 2008

Dated: ____________________